UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VEGA CAPITAL LONDON LIMITED and ADRIAN SPIRES,<br><br>*Movants,*<br><br>v.<br><br>GLENCORE LTD.,<br><br>*Respondent.* | Misc. Case No. 24-139<br><br>(Arising from Civil Case No. 1:20-cv-04577 in the United States District Court for the Northern District of Illinois) |

## NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated March 22, 2024, the Declaration of Michael P. Kelly dated March 22, 2024, and the exhibits annexed thereto, and upon all prior pleadings and proceedings in the underlying litigation pending in the United States District Court for the Northern District of Illinois, captioned *Mish International Monetary Inc. v. Vega Capital London Limited, et al.*, Case No. 1:20-cv-4577 (N.D. Ill.), Movants Vega Capital London Limited ("Vega") and Adrian Spires ("Spires"), by and through undersigned counsel, shall respectfully move this Court at a United States Courthouse for the Southern District of New York, at the location, date and time to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i) compelling nonparty Glencore Ltd. ("Glencore") to comply with the subpoena served upon it by Vega and Spires in the underlying litigation, and for all such other relief the Court deems appropriate.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(b), any opposing affidavits and answering memoranda of law shall be served within fourteen (14) days after service of the moving papers.

1

Dated: March 22, 2024

Respectfully submitted,

VEGA CAPITAL LONDON LIMITED AND ADRIAN SPIRES

| | |
|---|---|
| By: /s/ Michael P. Kelly | |
| Michael P. Kelly | Elpitha B. Lambros* |
| AKERMAN LLP | AKERMAN LLP |
| 750 Ninth Street, N.W., Suite 750 | 71 S. Wacker Drive, 47th Floor |
| Washington, DC 20001 | Chicago, IL 60606 |
| (202) 393-6222 | (312) 634-5700 |
| michael.kelly@akerman.com | elpitha.lambros@akerman.com |
| | |
| | *Motion for admission *pro hac vice* forthcoming |

*Attorneys for Vega Capital London Limited and Adrian Spires*

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 22, 2024, a true and correct copy of the foregoing Notice of Motion was served upon the following counsel for Glencore Ltd. by email and Federal Express:

Peter Behmke, Esq.
Barron M. Flood, Esq.
Herbert Smith Freehills New York LLP
450 Lexington Avenue
New York, NY 10017
(917) 542-7600 (phone)
(917) 542-7601 (facsimile)
peter.behmke@hsf.com
barron.flood@hsf.com

/s/ Michael P. Kelly
Michael P. Kelly